UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,          Case No.: 26-CR-20165

v.

                                Judge David M. Lawson

TEX J. WARD,               Magistrate Judge Patricia T. Morris

                Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, Tex J. Ward, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the indictment in this cause prior to pleading thereto, and I have read the same and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts 1 and 2:**      Imprisonment of up to 10 years, to be followed by a term of supervised release of up to 3 years, and/or a fine of not more than $250,000, on each count.

Dated: 3/31/26

Tex J. Ward, Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 3/31/2026

Patricia Maceroni
Attorney for Defendant